IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF PENNSYLVANIA

MARGARET TORRES,                    :
on behalf of herself and           :    CIVIL ACTION
all others similarly situated,     :    NO. 14-6542
                                    :
          Plaintiff,                :
     v.                             :
                                    :
ASSET ACCEPTANCE, LLC,              :
                                    :
          Defendant.                :

**O R D E R**

**AND NOW**, this **7th** day of **April, 2015,** it is hereby

**ORDERED** as follows:

      (1)  Defendant's motion to dismiss (ECF No. 20) is **GRANTED** and Plaintiff's claims are **DISMISSED with prejudice**;

      (2)  Defendant's motion for leave to file a reply brief (ECF No. 22) is **GRANTED**;[1]

      (3)  Defendant's motion for leave to file a notice of supplemental authority (ECF No. 25) is **GRANTED**;[2]

      (4)  Plaintiff's motion to compel (ECF No. 23) is **DENIED as moot**;

---

[1]    The Court considered the contents of the reply brief in its determination of the motion to dismiss.

[2]    The Court considered the contents of Defendant's notice of supplemental authority, as well as the contents of Plaintiff's notice of supplemental authority (ECF No. 27), in its determination of the motion to dismiss.

(5)   Plaintiff's motion for interim appointment of

class counsel (ECF No. 11) is **DENIED as moot;** and

(6)   The Clerk of Court shall mark the case **CLOSED.**


**AND IT IS SO ORDERED.**


/s/ Eduardo C. Robreno
**EDUARDO C. ROBRENO,    J.**